June 16, 1993 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 93-1223

 ELIESABETH AMELUNG,

 Plaintiff, Appellant,

 v.

 MILTON SAVINGS BANK, ET AL,

 Defendants, Appellees.
 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Joseph L. Tauro, U.S. District Judge]
 

 

 Before

 Selya, Boudin and Stahl,
 Circuit Judges.
 

 

 Eliesabeth Amelung on brief pro se.
 
 Thomas A. Schulz, Assistant General Counsel, Ann S. DuRoss,
 
Assistant General Counsel, Richard J. Osterman, Senior Counsel,
 
and Florian Frederick Chess, Senior Attorney, Federal Deposit
 
Insurance Corporation, on brief for appellee, Federal Deposit
Insurance Corporation.
 Carolyn B. Lieberman, Acting Chief Counsel, Thomas J. Segal,
 
Deputy Chief Counsel, Elizabeth R. Moore, Assistant Chief
 
Counsel, and Frances C. Augello, Senior Trial Attorney, Office of
 
the Chief Counsel, Office of Thrift Supervision, on brief for
appellee, Office of Thrift Supervision.

 

 

 Per Curiam. We have carefully reviewed plaintiff's
 

 filings and conclude plaintiff failed to state any cause of

 action over which a federal court has jurisdiction.

 Consequently, we affirm the judgment dismissing plaintiff's

 action.

 Affirmed.
 

 -2-